# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard Powers Lincoln,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                              3:09cv58

Bailey, et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/3/09 Order.

Signed: March 3, 2009

Frank G. Johns, Clerk
United States District Court